UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUSTO RECORDS, INC.,

                                    Plaintiff,                   **SCHEDULING ORDER**

-against-                                      25 Civ. 569 (PMH)

43 NORTH BROADWAY LLC, *et al.*,

                                    Defendants.
-----------------------------------------------------------------X

        The Court has scheduled a Settlement Conference for November 5, 2025 at 2:00 p.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

        Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. The *ex parte* letters should only be sent to Chambers by e-mail, at McCarthy_NYSDChambers@nysd.uscourts.gov. Do not file the *ex parte* letters on the docket. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendants must make at least one new settlement offer.

Dated: September 22, 2025
        White Plains, New York

                                                    **SO ORDERED:**

                                                      _____
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge