IVAN A. SAPERSTEIN P.C.
ATTORNEY AT LAW

494 Eighth Avenue, 6th Floor, New York, NY 10001
Tel: (212) 321-7081 | (914) 356-8595
Fax: (914) 356-8591
ivan@ivansaperstein.com

September 8, 2025

**VIA ECF**

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re:** ***Gusto Records, Inc. v. 43 North Broadway LLC (7:25-cv-00569-PMH)***

Dear Judge Halpern,

This firm represents Gusto Records, Inc. ("Gusto") the plaintiff in the above-referenced matter.

Pursuant to the Court's Civil Case Discovery Plan and Scheduling Order entered on September 19, 2025 after the parties joint request for a referral to Magistrate Judge, Hon. Judith McCarthy. (ECF No. 34, the "Case Management Plan"), the parties were to submit a joint letter to the Court by today's date concerning settlement/mediation. On September 19, 2025 your Honor granted the parties request for a referral to the Magistrate and issued an Order of Reference (ECF Nos. 32 and 33).

Yesterday, we received an email from Brian Farkas of ArentFox Schiff, the attorneys for the defendant in the above-referenced matter 43 North Broadway LLC ("43 North"), advising that they will be moving the Court to withdraw as counsel herein. Notably, leading up to yesterday's email from Mr. Farkas, 43 North had not meaningfully participated in discovery and were unresponsive to our requests to meet and confer concerning discovery and the joint letter to be submitted to the Court today concerning settlement/mediation. Therefore, today we write individually.

Gusto has meaningfully participated in discovery and expended significant time and resources in preparation for the settlement conference scheduled by Magistrate Judge, Hon. Judith McCarthy for November 5, 2025.

We thank the Court for its attention to this matter.

Respectfully submitted,

Ivan Saperstein

Ivan A. Saperstein

Cc: Brian Farkas, Esq. (Via ECF)
Rachel Levin, Esq. (Via ECF)